**CGFD33** (10/01/16)



**ORDERED in the Southern District of Florida on January 15, 2020**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 19–23951–RAM
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Debora Delancy Johnson
aka Deborah Ann Johnson, aka Deborah Ann Delancy
255 Grant Dr
Coral Gables, FL 33133

SSN: xxx–xx–2758

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

### # # #